**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**LAW OFFICE OF CLARK OVRUCHESKY**
Clark Ovruchesky, Esq. (301844)
co@colawcalifornia.com
750 B Street, Suite 3300
San Diego, CA 92101
Telephone:  (619) 356-8960
Facsimile:   (619) 330-7610

*Attorneys for Plaintiff,*
Marissa Glover

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA GLOVER,<br><br>Plaintiff,<br><br>v.<br><br>SYNCHRONY FINANCIAL d/b/a SYNCHRONY BANK; AND, EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.: 16-cv-1789 BEN (BLM)<br><br>**NOTICE OF SETTLEMENT RE: DEFENDANT SYNCHRONY FINANCIAL D/B/A SYNCHRONY BANK**<br><br>HON. ROGER T. BENITEZ |

///
///
///
///

**NOTICE OF SETTLEMENT RE: DEFENDANT SYNCHRONY FINANCIAL D/B/A SYNCHRONY BANK ONLY**

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff MARISSA GLOVER ("Plaintiff") and Defendant SYNCHRONY FINANCIAL d/b/a SYNCHRONY BANK ("Synchrony") only has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of Synchrony with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements with regard to Synchrony be vacated and that the Court set a deadline on or after February 16, 2017 for filing a Joint Dismissal.

Dated: December 16, 2016                                         Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: ____/s/ Matthew M. Loker____
      MATTHEW M. LOKER, ESQ.
      ATTORNEY FOR PLAINTIFF